AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 27 OCT '17 13:37 USDC-ORP

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Belongings of CHASE ARNAE PEEPLES, described in Attachment A

Case No. '17-MC-539

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see items listed in Attachment A, incorporated by reference herein

located in the _____ District of _____ Oregon _____, there is now concealed *(identify the person or describe the property to be seized)*:

Please see items listed in Attachment B, incorporated by reference herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 2113(a) | Bank robbery - whoever by force and violence or by intimidation takes from the presence of another money belonging to or in the care, custody, control, management or possession of a bank, which is then insured by the FDIC. |

The application is based on these facts:
please see the affidavit of Brett Hawkinson, incorporated by reference herein.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

39657

*Applicant's signature*

Brett S. Hawkinson, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Oct. 27, 2017

*Judge's signature*

City and state: Portland, Oregon

STACIE F. BECKERMAN, US Magistrate Judge
*Printed name and title*

## ATTACHMENT A

Items to be searched:

    a) a black Outdoor Products brand backpack with unknown contents;
    b) a black Dockers brand wallet with unknown contents; and
    c) the following clothing that was removed by Emergency Medical Service personnel while treating PEEPLES for his injuries:
        1. a Matrix brand baseball cap;
        2. one pair of leather boots;
        3. one pair of black cloth sweatpants;
        4. a black T-shirt;
        5. a pair of white socks with blood;
        6. one pair of black cloth sweatpants with zipper pockets;
        7. one grey sweatshirt; and
        8. one black windbreaker jacket,

currently located at the Portland Police Bureau, 1111 SW 2nd Avenue, in the City of Portland, Multnomah County, State of Oregon.

ATTACHMENT B

EVIDENCE TO BE SEIZED:

Evidence relating to bank robbery on October 25, 2017, at the US Bank located at 3233 North Lombard Street, Portland, Oregon, including the following items:

a) US currency totaling approximately two thousand, one hundred forty nine dollars ($2,149);
b) bait bills, including a tracking device with serial number A100004993ABF3LA;
c) a paper advertisement from "Ace" or "Ace Advantage" or something similar with a hand written message on it that says, "I need" with the number five and a lot of zeroes after it (also known as a demand note);
d) a Washington State Identification card or Driver's License in the name of "Chase";
e) weapons of any sort, including firearms, replica firearms, knives, brass knuckles, or other items readily capable of causing serious physical injury; and
f) the following clothing that was removed by Emergency Medical Service personnel while treating PEEBLES for his injuries:
   1. a Matrix brand baseball cap;
   2. one pair of leather boots;
   3. one pair of black cloth sweatpants;
   4. a black T-shirt;
   5. a pair of white socks with blood;
   6. one pair of black cloth sweatpants with zipper pockets;
   7. one grey sweatshirt; and
   8. one black windbreaker jacket

STATE OF OREGON            )
                           )      ss.     AFFIDAVIT OF BRETT
                           )              HAWKINSON
COUNTY OF MULTNOMAH        )

1.  I am a police detective with the Portland Police Bureau (PPB) currently assigned to robbery investigations. As part of my duties, I am also designated as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) bank robbery task force and have been designated as such since March 31, 2010. My total law enforcement experience includes 16 years as a Portland Police officer, and three years of employment with the City of Lynnwood, Washington, Police Department.

2.  This affidavit is submitted in support of an application for a warrant authorizing the search of a backpack, a wallet, and a bag of clothing belonging to CHASE ARNAE PEEPLES for evidence of the crime of bank robbery. The items to be searched are currently located at the Portland Police Bureau Forensic Evidence Division at 1111 SW 2nd Avenue, Portland, Oregon.

3.  The information stated herein is based on my own personal involvement in this investigation, as well as discussions I have had with other law enforcement officers involved in this investigation and information contained in written reports pertaining to this investigation. This affidavit does not contain all facts known to me regarding this investigation, but instead contains only those facts which I believe are sufficient to establish the requisite probable cause.

4.  On October 25, 2017, at approximately 1:27 p.m., a robbery occurred at the US Bank located at 3233 North Lombard Street, Portland, Oregon. The bank, whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC), suffered a loss of approximately $2,149.00 in US currency.

5.  The victim teller reported to Portland Police Officer Daniel Ring #40401 that a black male unknown to her, hereafter referred to as the robber, walked into the bank, approached her teller window and handed her a piece of paper. The teller described the paper as an advertisement from "Ace" or "Ace Advantage" or something similar, and stated it was from a business that was located just down the street. The paper had a hand written message on it that said, "I need" with the number five and a lot of zeroes after it. The teller initially thought she was dealing with a customer who had difficulty speaking, so she started to ask the robber routine banking questions, asking the robber for his name and if he had an account. The robber reached into his jacket, which the teller described as being "really full" and "bulging out at the bottom." The robber then presented her with an identification card from the State of Washington; the teller remembered the first name on the ID card was "Chase."

PAGE 1 - AFFIDAVIT OF BRETT HAWKINSON

6. The victim teller entered the robber's information on the computer, but was unable to locate an account. The victim teller told the robber that she was not able to help him; the robber replied something similar to "This is a robbery" or "This is a stick up." The victim teller then responded by giving the robber approximately two thousand, one hundred forty nine dollars ($2,149) in US currency, including bait bills, and the robber fled the bank out of the south doors and went west.

7. The victim teller told me that, along with the money, she passed "bait bills" which included a tracking device with serial number A100004993ABF3LA. She also returned the note and the robber's identification card.

7. The victim teller described the robber as a black male in his mid-twenties to early thirties in age, about six feet tall, medium build, wearing a black baseball hat, and a black jacket that looked like a rain jacket. Of particular note, the victim teller reported to Officer Ring that the jacket was very "puffy" and was "bulging" at the bottom of the jacket, near the waist.

8. I spoke to a witness customer, who told me that she entered the bank when it was empty. The witness customer went over to the check writing counter to prepare a deposit; the robber entered the bank and approached the victim teller's window. The witness customer then went to the teller window to the immediate left of the victim teller's window and conducted her banking transaction. The witness customer told me that the person helping her went away to the drive through window, and so she started paying more attention to the transaction next to her. She overheard the robber tell the victim teller that he did not have an account, and "This is a robbery." The witness customer immediately left the teller window, and went to tell another employee that they were getting robbed.

9. The witness customer described the robber as a black male, about 5-10 to 6-0 tall, wearing a dark baseball cap, dark pants, and a black jacket that was "bulgy" around the waist. The witness customer remarked that the robber spoke quietly.

10. The bank notified Portland Police of the robbery and responding Portland Police officers canvassed the neighborhood for the suspect. Responding officers received information that the suspect was southbound on North Oatman on foot. Responding officers located a subject who matched the description of the robber at the intersection of North Oatman and North Saratoga. A confrontation ensued, and the robber was shot by police.

11. I obtained surveillance images from US Bank Corporate Security of the robbery suspect. I noticed the robber was wearing a black hat with a gray bill, dark pants, a black rain coat, and light tan colored Timberland style boots. I compared the images to the subject who was shot, and the images appear to be of the same person. The face of the subject who was shot was the same as the images from the bank; also the subject who was shot was wearing a black hat with a gray bill, dark pants, a black rain coat, and light tan colored Timberland style boots. A still image of the video surveillance and a picture of the subject who was shot are pictured below:

PAGE 2 - AFFIDAVIT OF BRETT HAWKINSON

 

Above Left: *Still image of the robber from Chase Bank.* Above Right: *Clark County Booking photo of CHASE PEEPLES dated October 8, 2017.*

12. I responded to the area of North Oatman and North Saratoga, where a crime scene had been cordoned off. The suspect, who was later identified as CHASE ARNAE PEEPLES, a black male with date of birth 02/xx/1992, was transported to Emanuel Hospital for medical treatment of his injuries. During the arrest and medical treatment, Portland Police Officer Caesar Madison cut off a black Outdoor Products brand backpack with unknown contents that PEEPLES was wearing. A black Dockers brand wallet with unknown contents and the following clothing items were removed by Emergency Medical Service personnel while treating PEEPLES for his injuries: a Matrix brand baseball cap, one pair of leather boots, one pair of black cloth sweatpants, a black T-shirt, a pair of white socks with blood, a different pair of black cloth sweatpants with zipper pockets, one grey sweatshirt, and one black windbreaker jacket. The above items were seized as evidence by the Portland Police Bureau, and itemized on Property/Evidence Receipt A071982, A071983 and AO71984.

13. Criminalist Mark Johnson told me that as he was processing the black cloth sweatpants without the zipper, he saw a wad of cash in the open pocket.

14. Based on the foregoing, I have probable cause to believe that on October 25, 2017, CHASE ARNAE PEEPLES did, by force and violence, or intimidation, knowingly and unlawfully take approximately two thousand, one hundred forty nine dollars ($2,149) in US currency from the presence of employees of the US Bank located at 3233 North Lombard Street, Portland, Oregon, which was then in the care, custody, control, possession, and management of that bank, whose deposits were then insured by the FDIC, in violation of Title 18, United States Code, Section 2113(a).

PAGE 3 - AFFIDAVIT OF BRETT HAWKINSON

15. I further have probable cause to believe that the above-described clothing, boots, backpack, and wallet taken from PEEPLES at the scene constitute relevant evidence, and/or may contain relevant evidence, of the bank robbery, including evidence of PEEPLES' identity as the bank robber, proceeds of the robbery, the bait bills and tracker given to the robber, and the note the robber handed the teller during the offense.

16. I know from my training and experience that robbers sometimes carry firearms, replica firearms, or other weapons when they commit robberies, even when they do not brandish or threaten the use of a weapon during the robbery. When they are armed, robbers typically carry their weapons in their waistband or a jacket pocket. Based on my training and experience, as well as the teller's and the customer witness' description of the robber's coat bulging near the waist, there is probable cause to believe that PEEPLES may have been carrying a firearm, replica firearm, or other weapon during this robbery.

17. I therefore request a warrant authorizing the search and seizure of the following items seized from PEEPLES and located at the Portland Police Bureau, 1111 SW 2nd Avenue, Portland, Oregon:

    a) a black Outdoor Products brand backpack with unknown contents;
    b) a black Dockers brand wallet with unknown contents; and
    c) the following clothing that was removed by Emergency Medical Service personnel while treating PEEPLES for his injuries:
        1. a Matrix brand baseball cap;
        2. one pair of leather boots;
        3. one pair of black cloth sweatpants;
        4. a black T-shirt;
        5. a pair of white socks with blood;
        6. one pair of black cloth sweatpants with zipper pockets;
        7. one grey sweatshirt; and
        8. one black windbreaker jacket,

for evidence relating to the above-described bank robbery, including the following items:

    a) US currency totaling approximately two thousand, one hundred forty nine dollars ($2,149);
    b) bait bills, including a tracking device with serial number A100004993ABF3LA;
    c) a paper advertisement from "Ace" or "Ace Advantage" or something similar with a hand written message on it that says, "I need" with the number five and a lot of zeroes after it (also known as a demand note);
    d) a Washington State Identification card or Driver's License in the name of "Chase";

PAGE 4 - AFFIDAVIT OF BRETT HAWKINSON

    e)    weapons of any sort, including firearms, replica firearms, knives, brass knuckles, or other items readily capable of causing serious physical injury; and

    f)    the following clothing that was removed by Emergency Medical Service personnel while treating PEEPLES for his injuries:
1. a Matrix brand baseball cap;
2. one pair of leather boots;
3. one pair of black cloth sweatpants;
4. a black T-shirt;
5. a pair of white socks with blood;
6. one pair of black cloth sweatpants with zipper pockets;
7. one grey sweatshirt; and
8. one black windbreaker jacket

18. This affidavit, the accompanying application, and the requested search warrant were reviewed by Assistant United States Attorney Jane Shoemaker who advised me that, in her opinion, probable cause exists to apply for a search warrant of the above items belonging to CHASE ARNAE PEEPLES located in the custody of the Portland Police Bureau at 1111 SW 2nd Avenue in Portland, Oregon.

_____
BRETT S. HAWKINSON
Police Detective/Task Force Officer
Federal Bureau of Investigation
Portland, Oregon

SUBSCRIBED AND SWORN to before me this 27th day of October, 2017.

_____
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge
District of Oregon

PAGE 5 - AFFIDAVIT OF BRETT HAWKINSON